IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CINDY HILLS,

      Appellant,

v.

STEVEN HILLS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2920

Opinion filed February 19, 2015.

An appeal from the Circuit Court for Clay County.
Mark J. Borello, Judge.

Cindy Hills, pro se, Appellant.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.